IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PESCHKE MAP TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1570 (SLR) |
| | ) |
| GLIMCHER COLONIAL PARK MALL, | ) |
| INC. AND GLIMCHER PROPERTIES | ) |
| LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants to move, answer or otherwise respond to the Complaint is extended until January 25, 2013.

BAYARD, P.A.

*Stephen B. Brauerman*

Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff*

December 14, 2012
6852534

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants*

SO ORDERED this _____ day December, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE